STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. JAMES CULVER, DEFENDANT-RESPONDENT.

Submitted November 22, 1954—Decided November 29, 1954.

*Mr. Leon Gerofsky* and *Mr. William E. Ozzard* for the appellant.

*Mr. James Culver, in propria persona,* for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Eastwood in the court below.

*For affirmance*—Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—Chief Justice VANDERBILT—1.